# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140847

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TERRIE TAYLOR,
      Petitioner-Appellee,

v

CITY OF TRAVERSE CITY,
      Respondent-Appellant.

SC: 140847
COA: 287565
MTT: 00-321766

_____/

On order of the Court, the application for leave to appeal the February 16, 2010 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Klooster v City of Charlevoix* (Docket No. 140423) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

*Corbin R. Davis*

Clerk

0621